E-FILED
Wednesday, 02 October, 2013  05:02:17 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| MONSANTO COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. _____ |
| ) | |
| ROBERT J. PRINTZ, ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## COMPLAINT

Plaintiff Monsanto Company ("Monsanto"), by and through its undersigned counsel, for its Complaint against Defendant Robert J. Printz ("Printz"), states as follows:

## Parties

1. Monsanto is a Delaware corporation with its principal place of business in Creve Coeur, Missouri. Monsanto is the assignee of Channel Bio, LLC and American Seed, LLC as to all claims asserted herein.

2. Defendant Robert J. Printz is a resident of McLean County in the State of Illinois.

## Jurisdiction and Venue

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) and (c). The amount in controversy exceeds $75,000, exclusive of costs and fees. Monsanto, a Delaware corporation with its principal place of business in Missouri, and Printz, a citizen of the State of Illinois, have complete diversity.

2

4.	Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1), in that Printz resides in McLean County, Illinois, which is part of this judicial district.  In addition, pursuant to 28 U.S.C. § 1391(b)(2), a substantial part of the events giving rise to this claim occurred in this district.

## Background and General Allegations

5.	Monsanto subsidiaries Channel Bio, LLC and American Seed, LLC (together, "Sellers"), from time to time, sold certain seed products to Printz, an agricultural grower.

6.	Sellers agreed to provide, and Printz agreed to accept, certain seed products.

7.	Printz agreed to pay invoices related to the seed Sellers sold him.

8.	Sellers provided, and Printz accepted and used, seed products for which he has failed and refused to pay.  The outstanding invoices and statements (the "Invoices") are attached hereto as Exhibit A.

9.	The Invoices constitute a binding contract between Sellers and Printz (the "Contract").

10.	Sellers fulfilled all conditions and requirements under the Contract.

11.	Printz breached the Contract by failing to pay the Invoices.

12.	As of September 9, 2013, the principal amount of $895,994.00 was due and owing to Sellers from Printz, in addition to interest of 9% per annum, costs and fees, including attorneys' fees (the "Indebtedness").

13.	Sellers have been damaged by Printz's failure to pay all amounts due and owing on the Invoices.

14.	Sellers assigned all of their rights and interests in collecting Indebtedness, under the Invoices, and under the Contract to Monsanto.

SL01DOCS\4048007.5\C029659\0319508

15. As Sellers' assignee, Monsanto has standing to pursue the claims stated herein and to collect all amounts owed by Printz to Sellers under the Contract.

### Count I – Breach of Contract

16. Monsanto restates, re-alleges and incorporates herein by reference all allegations contained in Paragraphs 1 through 15 of this Complaint as if the same were set forth fully herein.

17. Printz breached his Contract with Sellers by failing to pay the Invoices.

18. Sellers have been damaged by Printz's failure to perform his obligation under the Contract to pay the Invoices.

19. Printz is liable for the Indebtedness under the Invoices, in addition to interest, costs, and fees, including attorneys' fees.

WHEREFORE, Monsanto respectfully requests that the Court enter judgment in its favor and against Printz in the amount of not less than $895,994.00, plus interest of 9% per annum, fees and costs, including attorneys' fees, award any other relief to which Monsanto is entitled, and for any further and other relief deemed just and proper by this Court.

Dated:  October 2, 2013

Respectfully submitted,

By: /s/ Herbert R. Giorgio Jr.
Herbert R. Giorgio Jr., #6291566
BRYAN CAVE LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri  63102
(314) 259-2000 (telephone)
(314) 259-2020 (facsimile)
herb.giorgio@bryancave.com

*Attorneys for Monsanto Company*

4